**HOST ENTERPRISES, INC., Kevin Stanfield, Susan Stanfield, Jeffrey Holzum and Mary Holzum, Plaintiffs/Appellants,**

**v.**

**LEHMAN BROTHERS HOLDINGS, INC., Defendant/Respondent.**

**No. ED 83769.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Aug. 3, 2004.

Application for Transfer to Supreme Court Denied Sept. 28, 2004.

Application for Transfer Denied Oct. 26, 2004.

Joseph C. Blanton, Jr., Bryan E. Nickell, Sikeston, MO, for appellant.

William R. Bay, James W. Erwin, Suzanne L. Montgomery, St. Louis, MO, for respondent.

Before SULLIVAN, C.J., CLIFFORD H. AHRENS, J., and LAWRENCE G. CRAHAN, J.

*ORDER*

PER CURIAM.

Host Enterprises appeals the entry of summary judgment in favor of Lehman Brothers Holdings, Inc., in a dispute regarding subordination of payments on a purchase agreement for several convenience stores. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).